## Case No. 7,261.

### JENKINS v. BOARD OF SUP'RS OF CUL-PEPER COUNTY.

[1 Hughes, 568.] [1]

Circuit Court, E. D. Virginia. April, 1876.

THE COURT (BOND, Circuit Judge) entered an order awarding an imperative mandamus against the board of supervisors, commanding them, on or before the 1st day of February next, to pay, or cause to be paid. to Mr. Jenkins the amount of his judgment and execution, and costs, and the costs of the mandamus proceedings.

Mr. C. U. Williams appeared for the county of Culpeper,

